UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:26-cv-04556-ODW (ASx) | Date | May 21, 2026 |
|---|---|---|---|
| Title | *Gilberto Berumen v. General Motors LLC, et al.,* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**          **In Chambers**

As the Court has already remanded this action to state court, the Court **DENIES** the parties' Application to Remand the Case **AS MOOT**.  (Dkt. No. 16.)

**IT IS SO ORDERED.**

                                                                    :          00

                                        Initials of Preparer    SE